IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

STEVEN WATTS,

    Plaintiff,

v.                                    CIVIL ACTION NO. 2:04cv 27
                                          (Maxwell)

JO ANNE B. BARNHART,
COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

## ORDER

It will be recalled that on December 2, 2004, Plaintiff filed a Motion Dismiss that asked the Court to dismiss the above-styled action. On January 28, 2005, Magistrate Judge James Seibert filed his Report and Recommendation That Action Be Dismissed, wherein the parties were directed, in accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within ten (10) days after being served with a copy of the Report and Recommendation. No objections have been filed. Therefore, it is

**ORDERED** that Magistrate Judge Seibert's Report and Recommendation be, and the same hereby is, accepted in whole and that this civil action be disposed of in accordance with the recommendation of the Magistrate Judge. Accordingly, it is

**ORDERED** that the above styled civil action be **DISMISSED** and retired from the docket of this Court.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

ENTER: July 5th, 2005

                                                                    United States District Judge